UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
RACHELLE DAHL,                           )
                                         )
                       Plaintiff,        )   No. C20-753RSL
                                         )
        v.                               )
                                         )   ORDER TO SHOW CAUSE
PETERSON ENTERPRISES, INC. dba           )
VALLEY EMPIRE COLLECTION,                )
                                         )
                       Defendant.        )
_____)

This matter comes before the Court *sua sponte*. The Complaint in the above-captioned matter was filed on May 20, 2020. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than December 18, 2020. The Clerk of court shall note this Order to Show Cause on the Court's calendar for December 18, 2020.

DATED this 2nd day of December, 2020.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE